IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CEDRIC GREENE**                                                                              **PLAINTIFF**

**v.**                                            **Case No. 3:26-cv-00103-LPR**

**LONG BEACH TRANSIT**                                                         **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 6th day of April 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE